**Kukia R. FARRISH, Plaintiff-Appellant,**

v.

**NAVY FEDERAL CREDIT UNION, Defendant-Appellee.**

No. 17-2317

United States Court of Appeals, Fourth Circuit.

Submitted: February 15, 2018

Decided: February 16, 2018

Kukia R. Farrish, Appellant Pro Se. Edward Lee Isler, Micah Ephram Ticatch, ISLER DARE, PC, Vienna, Virginia, for Appellee.

Before WILKINSON, FLOYD, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kukia R. Farrish appeals the district court's orders dismissing with prejudice her civil complaint and denying her motions for reconsideration and to alter or amend judgment. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. *Farrish v. Navy Fed. Credit Union*, No. 8:16-cv-01429-DKC, 2017 WL 4418416 (D. Md. Oct. 5, 2017; Oct. 11, 2017; Nov. 1, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*